FILED
2:41 pm, 9/2/26
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-mj-00022-KHR-1

v

JARED ALLEN TORSTVEIT,

Defendant.

**ORDER DENYING MOTION FOR REVIEW OF DETENTION**

This matter came before the Court on July 23, 2026, to Reopen Detention Proceedings and Request for Pretrial Release [ECF. 23] as to the above defendant.

**THE COURT FINDS**

The Court has received and reviewed the Defendant's Motion to Reopen Detention Proceedings and Request for Pretrial Release and additional information presented in support thereof. Having considered the motion and the record, the Court finds that the additional information is insufficient to warrant a change in the Court's previous ruling ordering the Defendant's detention.

The Court is mindful that the Defendant has suffered a head injury and continues to experience related issues. The Court has considered those circumstances in evaluating whether conditions of release could adequately address the risks presented. However, the Court finds that there are no conditions or combination of conditions that could

reasonably mitigate the risks associated with the Defendant's release at this time.

The Court further considers the Defendant's recent history, including his voluntary admission to Gillette Hospital for mental-health treatment shortly before his arrest. The record reflects that the Defendant left that facility for the stated purpose of attempting to purchase a firearm. The Court finds this conduct particularly relevant to its assessment of the risks presented by release.

After considering the Defendant's motion and the totality of the circumstance, the court finds that release is not in the best interest of the public. Accordingly, the Defendant's Motion to Reopen Detention Proceedings and Request for Pretrial Release is **DENIED**. The Court's prior detention order shall remain in full force and effect.

**Dated this 2nd day of September 2026.**

**R. Michael Shickich**
**United States Magistrate Judge**